```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MISSOURI
                        EASTERN DIVISION
```

TRIUMPH PHARMACEUTICALS, INC.,  )
                                )
            Plaintiff,          )
                                )
      vs.                       )      No. 4:05-CV-1191 (CEJ)
                                )
DISCUS DENTAL, INC.,            )
                                )
            Defendant.          )

## ORDER

**IT IS HEREBY ORDERED** that the Order entered on February 27, 2007 (Doc. #71) is vacated.

**IT IS FURTHER ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal without prejudice of the complaint and the dismissal without prejudice of the counterclaim in this action, in accordance with the parties' joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

                                                  _____
                                                  CAROL E. JACKSON
                                                  UNITED STATES DISTRICT JUDGE

Dated this 27th day of February, 2007.